Opinion issued March 26, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00262-CV

_____

**JONATHAN W. NEAL, Appellant**

**V.**

**SHADOWCREEK APARTMENTS, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1246206

## MEMORANDUM OPINION

Appellant, who is proceeding pro se, filed a notice of appeal from the trial court's March 27, 2025 judgment and order that appellee, Shadow Creek Apartments, was entitled to recover possession of the premises. Appellant's brief was due on June 30, 2025. When the brief was not filed, the Court issued a notice

advising appellant that unless he filed a brief or motion for extension by August 4, 2025, the appeal might be dismissed for want of prosecution. No brief or response was received.

We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.